# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JASON LAWRENCE BURGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-02393 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 17, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 11), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Pleading and Administrative Record (Docket No. 8) is GRANTED, and the decision of the Commissioner is hereby REMANDED for further evaluation of plaintiff's mental impairments.

It is so **ORDERED**.

ENTER this 9th day of March 2016.

_____
ALETA A. TRAUGER
U.S. District Judge